IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
04 MAR 19 PM 3:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| MARY ANN THOMPSON, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 01-C-2204-NE |
| THE LEDGES OF HUNTSVILLE, LTD, ) | |
| Defendant. ) | |

ENTERED
MAR 19 2004

## MEMORANDUM OPINION

The Court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Consistent with that recommendation, the Court will grant summary judgment on Plaintiff's Equal Pay Act claim, retaliation claim, and demotion claim. The Court will also deny in part and grant in part defendant's motion to strike.

An appropriate order will be entered.

DONE this 19th day of March 2004.

_____
Chief United States District Judge
U. W. Clemon